IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

v.                                     Case No. 09-CV-2059 JAR/DJW

**WESTAR ENERGY, INC,**
      **Defendant.**

## DECLARATION

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, Gary E. Anderson states as follows:

    1.    I currently reside at 5240 Decatur Rd., Meriden, Kansas. My residence is approximately 35 miles from the Jeffrey Energy Center coal-fired generating plant.

    2.    I am a member of the Sierra Club. Presently, I serve as the Sierra Club Topeka Group Membership Chair and Treasurer of its PAC.

    3.    It is my understanding that the U.S. Department of Justice (U.S.A.) has filed an enforcement action in the United States District Court for the District

of Kansas against Westar Energy, Inc. that alleges violations of the Clean Air Act. The alleged violations involve Westar's failures to upgrade pollution controls that are required by the Clean Air Act at its Jeffrey Energy Center coal-fired plant.

4. According to the U.S.A.'s allegations against Westar, the failures to upgrade the pollution controls have caused increased emissions of sulfur dioxide ("SO2"), nitrogen oxides ("NOx"), and particulate matter ("PM"). These pollutants are, as I understand, harmful to the public health and environment.

5. My residence is east of the Jeffrey Energy Center coal-fired plant. The wind that blows over my home is, at times, from the west and therefore, from the direction of the Jeffrey Energy Center coal-fired plant. I am concerned that the increased emissions from the coal-fired plant will adversely affect my health and well-being.

6. My residence is on an 80 acre farm that requires I spend time outside performing maintenance activities. I also engage in outdoor recreational activities such as fishing and hiking. My family also engages in outdoor recreational activities when visiting. I am concerned that the increased emissions from the

Jeffrey Energy Center coal-fired plant will interfere with these activities and/or jeopardize the health of my family and me.

7. I am generally aware of the Sierra Club's efforts at both the national and state levels to address the problems caused by using coal as a boiler fuel to generate electricity. I support these efforts because of the detrimental effects to the environment and public health that are caused by burning coal.

I declare under penalty of perjury that based on my knowledge the foregoing is true and correct. Executed on September 28, 2009.

Gary E. Anderson