UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

SIERRA CLUB,

    Intervenor, Plaintiff,

v.

WESTAR ENERGY, INC.

    Defendant.

Civil Action No. 2:09-CV-02059 JAR-DJW

### UNITED STATES' RESPONSE TO MOTION TO INTERVENE

Comes now the United States of America, Plaintiff, and states that it does not oppose the motion of the Sierra Club to intervene in this action.

DATED: October 14, 2009

    Respectfully Submitted,

    JOHN C. CRUDEN
    Acting Assistant Attorney General
    Environment and Natural Resources Division

    s/ Mark C. Elmer
    MARK C. ELMER
    DAVID ASKMAN
    JAMES LOFTON
    Environmental Enforcement Section
    Environment and Natural Resources Division
    1961 Stout Street, 8th Floor
    Denver, CO 80294
    PHONE: (303) 844-1352
    EMAIL: mark.elmer@usdoj.gov

                    LANNY D. WELCH
                    United States Attorney
                    District of Kansas

                    DAVID ZIMMERMAN
                    Assistant United States Attorney
                    Kan. Fed. No. 23486
                    500 State Avenue, Suite 360
                    Kansas City, KS 66101
                    PHONE: (913) 551-6730
                    EMAIL: david.zimmerman@usdoj.gov

OF COUNSEL:

JEFFREY A. KODISH
Attorney Advisor
U.S. Environmental Protection Agency
1595 Wynkoop Street (8MSU)
Denver, CO 80202

DANA M. SKELLEY
Associate Regional Counsel
SARA S. HERTZ
Assistant Regional Counsel
U.S. Environmental Protection Agency
901 N. Fifth Street
Kansas City, KS 66101

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing RESPONSE TO MOTION TO INTERVENE on October 14, 2009, using the CM/ECF system which sent notification of such filing to the following:

Nash E. Long, III
Jack Knight, Jr.
WINSTON & STRAWN LLP
214 N. Tryon Street
Charlotte, NC 28202

John M. Holloway III
WINSTON & STRAWN LLP
1700 K Street NW
Washington, DC 20006-3817

Daniel D. Crabtree
STINSON MORRISON HECKER LLP
10975 Benson, Suite 550
Overland Park, KS 66210

Joanne Spalding
Sanjay Narayan
SIERRA CLUB
85 Second Street, Second Floor
San Francisco, CA 94105-3456

Robert V. Eye
KAUFFMAN & EYE
112 S.W. 6th Avenue, Suite 202
Topeka, KS 66603-3850

s/ Mark C. Elmer
Mark C. Elmer